UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLIN JUAN PIERSON,<br><br>Petitioner,<br><br>v.<br><br>L. A. MARTINEZ,<br><br>Respondent. | No. 2:23-cv-00884-EFB (HC)<br><br><br><br>ORDER |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has neither filed an application for leave to proceed in forma pauperis nor paid the required filing fee ($5.00). *See* 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit a request to proceed in forma pauperis or submit the appropriate filing fee.

In accordance with the above, IT IS ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, a request to proceed in forma pauperis or the appropriate filing fee;

2. Petitioner's failure to comply with this order may result in this action being dismissed; and

3. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated: May 23, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE