UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN JUAN PIERSON,

           Petitioner,

   v.

L.A. MARTINEZ,

           Respondent.

No.  2:23-cv-00884-DJC-EFB (HC)

ORDER

Petitioner is a state prisoner proceeding without counsel in this petition for writ of habeas corpus.  28 U.S.C. § 2254.  Respondent filed an answer to the petition on July 28, 2023.  On May 30, 2024, the court issued findings and recommendations recommending that the district judge assigned to this action dismiss the petition and deny petitioner's September 21, 2023 motion for default judgment.  ECF No. 15.

Petitioner seeks an extension of 90 days, until September 10, 2024, to file objections to the findings and recommendations.  ECF No. 16.  According to petitioner, he was not served with the answer to the petition and needs extra time to prepare objections.  However, the court finds that an extension of 90 days would unduly delay the progress of this case.  Accordingly, it is hereby ORDERED that:

    1.  Petitioner's June 13, 2024 motion for extension of time is GRANTED IN PART, and

        petitioner shall have 45 days from the date of this order to file objections to the

1   pending findings and recommendations; and

2      2.   The Clerk of Court is directed to send petitioner a courtesy copy of respondent's

3          answer (ECF No. 12).

4

5   Dated: June 17, 2024

6                                                    EDMUND F. BRENNAN
                                                     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2