UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLIN JUAN PIERSON, | No. 2:23-cv-00884-DJC-EFB (HC) |
| Petitioner, | |
| v. | ORDER |
| L.A. MARTINEZ, | |
| Respondent. | |

Petitioner proceeds without counsel in this petition for writ of habeas corpus brought under 28 U.S.C. § 2254. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

On May 30, 2024, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 15. Neither party has filed objections to the findings and recommendations, despite an extension of time granted to Petitioner.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

1

1. The findings and recommendations filed May 30, 2024 (ECF No. 15), are adopted in full;

2. Petitioner's motion for default judgment (ECF No. 13) is DENIED;

3. Petitioner's petition for writ of habeas corpus is DENIED;

4. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253 as Petitioner has not made a substantial showing of the denial of a constitutional right, *see* 28 U.S.C. § 2253(c)(2); and

5. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **September 13, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE